IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
4:11-cv-00088-D

Norman Randy Worden, )
SSN: xxx-xx-8073, )
    Plaintiff, )
)
)
vs. ) **ORDER**
)
)
MICHAEL J. ASTRUE, )
COMMISSIONER OF )
SOCIAL SECURITY, )
    Defendant. )

This matter having come before the Court pursuant to a motion filed by the Plaintiff to seal the First Amended Complaint filed with this Court on June 10, 2011, and for good cause shown, it is hereby ORDERED that the Amended Complaint be filed under seal.

IT IS SO ORDRED

This __15__ day of June, 2011.

James C. Dever, III
United States District Judge