AO 450 (Rev. 5/85)

# United States District Court

EASTERN DISTRICT OF NORTH CAROLINA

EASTERN DIVISION

| | |
|---|---|
| NORMAN RANDY WORDEN, )<br>      Plaintiff, )<br> )<br>v. )<br> )<br> ) | **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE, )<br>*Commissioner of the Social* )<br>*Security Administration,* )<br>      Defendant. ) | **CASE NO. 4:11-CV-88-D** |

Decision by the Court:

      **IT IS ORDERED AND ADJUDGED** that the Plaintiff's objections to the Memorandum and Recommendations [D.E. 42] are overruled, and the Court adopts the Memorandum and Recommendations [D.E. 41]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 35] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 38] is GRANTED, and Defendant's final decision is AFFIRMED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JULY 17, 2012,** WITH A COPY TO:

Susan M. O'Malley (via CM/ECF Notice of Electronic Filing)
Thomas M. Nanni (via CM/ECF Notice of Electronic Filing)


July 17, 2012                                                     JULIE A. RICHARDS, Clerk
Date                                                                  Eastern District of North Carolina

                                                                                    /s/Debby Sawyer
                                                                                    (By) Deputy Clerk

Raleigh, North Carolina