# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### EASTERN DIVISION

| | |
|---|---|
| NORMAN RANDY WORDEN,<br>     Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>     Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:11-CV-88-D** |

Decision by the Court:

     **IT IS ORDERED AND ADJUDGED** that the Plaintiff's objections to the Memorandum and Recommendations [D.E. 42] are overruled, and the Court adopts the Memorandum and Recommendations [D.E. 41]. Plaintiff's Motion for Judgment on the Pleadings [D.E. 35] is DENIED, Defendant's Motion for Judgment on the Pleadings [D.E. 38] is GRANTED, and Defendant's final decision is AFFIRMED.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **JULY 17, 2012,** WITH A COPY TO:

Susan M. O'Malley (via CM/ECF Notice of Electronic Filing)
Thomas M. Nanni (via CM/ECF Notice of Electronic Filing)


July 17, 2012                                     JULIE A. RICHARDS, Clerk
Date                                                Eastern District of North Carolina

                                                                 /s/Debby Sawyer
                                                                 (By) Deputy Clerk

Raleigh, North Carolina